NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE VEGAS AMUSEMENT, INC.

---

2012-1279
(Reexamination No. 90/011,023)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 20-day extension of time, until August 29, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 20 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 20 2012

JAN HORBALY
CLERK

cc: Raymond T. Chen, Esq.
    Michael Dergosits, Esq.

s27